UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62404-CIV-SMITH

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**DEL FRISCO'S GRILLE OF
FLORIDA, LLC, d/b/a DEL
FRISCO'S GRILLE, a Florida limited
liability company**,

      Defendant.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby gives

notice that the parties have reached a settlement and will be executing necessary paperwork resolving

all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide

the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the

settlement agreement and file a notice of voluntary dismissal with prejudice.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |