UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62404-CIV-SMITH

**NELSON FERNANDEZ**,

       Plaintiff,

vs.

**DEL FRISCO'S GRILLE OF
FLORIDA, LLC, d/b/a DEL
FRISCO'S GRILLE, a Florida limited
liability company**,

       Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Civil Procedure FERNANDEZ, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each

party to bear his/its own attorney's fees and costs.

Dated:  February 7, 2024

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |

By____*s/ Roderick V. Hannah*_____       By ____*s/ Pelayo M. Duran*_____
     RODERICK V. HANNAH             PELAYO M. DURAN
     Fla. Bar No. 435384               Fla. Bar No. 0146595