**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-62404-CIV-SMITH**

NELSON FERNANDEZ,

      Plaintiff,

v.

DEL FRISCO'S GRILLE OF FLORIDA, LLC,

      Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 8].  Being fully advised, it is

**ORDERED** that this matter is **DISMISSED with prejudice**.  Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of February, 2024.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record